IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROL J. FORGE-HATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| REGIONS BANK, | ) | 2:21-cv-01149-GMB |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carol J. Forge-Hatcher and Defendant Regions Bank, by and through their undersigned counsel, hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs, expenses, and fees.

Date: December 27, 2021.

Respectfully submitted,

/s/ Patrick Mulligan

Carole G. Miller (ASB-7242-M71C)
Patrick J. Mulligan (ASB-3482-J10T)
BRESSLER, AMERY & ROSS, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Tel. (205) 719-0400
cmiller@bressler.com
pmulligan@bressler.com

Attorneys for Defendant
Regions Bank

Roderick T. Cooks (ASB-5819-078R)
Robert L. Beeman, II (ASB-1838-E63R)
WINSTON COOKS, LLC
505 20th Street North
Suite 815
Birmingham, Alabama 35203
Tel: (205) 502-0970
rcooks@winstoncooks.com

Attorneys for Plaintiff
Carol J. Forge-Hatcher